## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **2:05-cr-00925-FMC** | Date | April 10, 2008 |
|---|---|---|---|

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|
| Interpreter | N/A |

| Alicia Mamer | Not Reported | Fred Slaughter (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **EDDIE ARNOLD WILSON** | | X | | Pedro Castillo, DFPD | | X | |

**Proceedings:**   ORDER re DEFENDANT'S MOTION  (In Chambers)

The Court is in receipt of defendant's Motion for Reduction of Sentence pursuant to 18 USC section 3582(c)(2). In this Motion, defendant seeks a reduction of his sentence pursuant to Amendment 706 of the Sentencing Guidelines, adjusting the ratio between powder and crack cocaine.

The Court has already addressed and denied this request.  On December 26, 2007, the Court denied defendant's Motion to Vacate, Set Aside, or Correct Sentence, which Motion raised the same issue.  The Court explained that because defendant's sentence reflects the mandatory minimum sentence required by statute, the modification of the guidelines does not affect his case.

A copy of the court's earlier Order is being forwarded to defendant, along with this Minute Order.

> I hereby certify that this document was served by first
> class mail, postage prepaid, to defendant and  all counsel of record
> at his/her/their respective, most recent, address of
> record, in this action, on this dat and further, that a copy of the
> Court's Order [39] was also mailed to the defendant.
> DATED: April 10, 2008
> Alicia Mamer
> DEPUTY CLERK

|  | : | N/A |
|---|---|---|
| Initials of Deputy Clerk | AM | |